GRAVES v. STEWART et al. (Circuit Court of Appeals, Second Circuit. April 20, 1896.) No. 633. Error from the Circuit Court of the United States for the Northern District of New York. George L. Lewis, for plaintiff in error. John G. Milburn, for defendants in error. No opinion. Judgment of circuit court affirmed, with interest and costs.

---

HARVEY v. WINNEY. (Circuit Court of Appeals, Sixth Circuit. April 24, 1896.) No. 405. Appeal from the District Court of the United States for the Eastern District of Michigan. H. C. Wisner and Fred C. Harvey, for appellant. John C. Shaw, for appellee. No opinion. Judgment of district court affirmed.

---

HAYDEN v. BROWN. (Circuit Court of Appeals, Second Circuit. February 3, 1896.) No. 607. Appeal from the Circuit Court of the United States for the District of Vermont. W. L. Burnap and T. G. Strong, for appellant. George W. Ellis, for appellee. No opinion. Order entered on consent reversing judgment.

---

HOSTETTER CO. v. BECKER. (Circuit Court of Appeals, Second Circuit. January 13, 1897.) Appeal from the Circuit Court of the United States for the Southern District of New York. Charles Putzel, for appellant. Albert H. Clarke, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. Decree affirmed, with costs, on opinion of circuit court. See 73 Fed. 297.

---

HUBBARD v. TOD et al. (Circuit Court of Appeals, Eighth Circuit. April 13, 1896.) No. 641. Appeal from the Circuit Court of the United States for the Northern District of Iowa. John C. Coombs and Henry J. Taylor, for appellant. Francis B. Daniels, D. B. Henderson, Louis G. Hurd, George W. Wickersham, and George W. Kiesel, for appellees. No opinion. Affirmed by a divided court, and costs equally divided.

---

JOHNSON v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 19, 1895.) No. 532. Appeal from the Circuit Court of the United States for the Southern District of New York. Stanley, Clarke & Smith, for appellant. Wallace Macfarlane, U. S. Atty. No opinion. Affirmed on opinion of court below. See 66 Fed. 725.